1  Floyd W. Bybee, #012651
   **LAW OFFICE OF**
2  **FLOYD W. BYBEE, PLLC**
   2473 S. Higley Road
3  Suite 104, #308
   Gilbert, Arizona 85295-1103
4  Office:  (480) 756-8822
   Fax: (480) 302-4186
5  floyd@bybeelaw.com

6  Attorney for Plaintiffs

7

8                **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF ARIZONA**

10 _____
                                    )
11 **Simon R. Martinez, and**        )      No. CV-07-02110-PHX-DKD
   **Kimberly J. Martinez;**         )
12                                  )
                                    )
13      Plaintiffs,                 )
                                    )      **NOTICE OF SETTLEMENT**
14 v.                               )   **WITH BANK OF AMERICA, N.A.**
                                    )
15 **Experian Information**          )
   **Solutions, Inc.; Chase**        )
16 **Home Finance, LLC; Capital**    )
   **One Bank; Bank of America,**    )
17 **N.A.; and GE Money Bank;**      )
                                    )
18      Defendants.                 )
                                    )
19 _____ )

20      Notice is hereby given that Plaintiffs and Defendant FIA

21 Card Services, N.A. (erroneously sued as Bank of America,

22 N.A.) have reached a settlement in this matter.

23 / / /

24 / / /

25

1    DATED   January 23, 2008  .

2                                   s/ Floyd W. Bybee
                                 Floyd W. Bybee, #012651
3                                **LAW OFFICE OF
                                 FLOYD W. BYBEE, PLLC**
4                                2473 S. Higley Road
                                 Suite 104, #308
5                                Gilbert, Arizona 85297
                                 Office:  (480) 756-8822
6                                Fax: (480) 756-8882
                                 floyd@bybeelaw.com
7
                                 Attorney for Plaintiffs
8

9                    **CERTIFICATE OF SERVICE**

10      The undersigned certifies that on   January 23, 2008, a
    copy of this document was electronically transmitted to the
11  Clerk's Office  using  the  CM/ECF System  for  filing  and
    transmittal of a Notice of Electronic Filing to the following
12  CM/ECF registrants:

13      **Jeffrey J. Campbell**
            Attorneys for Defendant FIA Card Services
14
        **Steven A Hirsch**
15          Attorney for Defendant Chase Home Finance

16      **Christine Elizabeth Broucek**
            Attorney for Defendant Chase Home Finance
17
        **Timothy Joel Eckstein**
18          Attorney for Defendant Experian

19      **Angela M Taylor**
            Attorney for Defendant Experian
20
        **Todd Blaine Tuggle**
21          Attorney for Defendant Capital One

22      **Jarrett L Hale**
            Attorney for Defendant Capital One
23
        **Kelly Wilkins MacHenry**
24          Attorney for Defendant GE Money Bank

25  by   s/ Floyd W. Bybee

                          - 2 -