**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>　　　　Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Having received the notice that Plaintiffs and Defendant FIA Card Services, N.A. (erroneously sued as Bank of America, N.A.) have reached a settlement in this matter (Doc. 25), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant FIA Card Services have until **Friday, March 21, 2008** to file a stipulation for dismissal of this action signed by the foregoing parties.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss (Doc. 9) filed by Defendant FIA Card Services, N.A. (previously referred to as Bank of America, N.A.) is **DENIED** as **MOOT**.

DATED this 20th day of February, 2008.

Stephen M. McNamee
United States District Judge