**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>    Plaintiffs,<br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>    Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Stipulation for Dismissal with Prejudice [Doc. 35] between Plaintiffs and Defendant Bank of America, N.A.[1]  After consideration of the Stipulation,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Dismissal with Prejudice [Doc. 35].  This matter is dismissed with prejudice, both parties to bear their own costs and attorneys' fees.

DATED this 22nd day of February, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] The stipulation is solely as to Plaintiffs and Defendant Bank of America, N.A. and not as to any other Defendants.