Kelly W. MacHenry
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6370
Facsimile:  (602) 382-6070
E-Mail:  kmachenry@swlaw.com
Attorney for Defendant GE Money Bank

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Simon R. Martinez; and Kimberly J. Martinez;<br><br>                Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.,; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>                Defendants. | Case No. CV-07-02110-SMM<br><br>**AMENDED STIPULATED AGREEMENT OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST GE MONEY BANK** |

Plaintiffs and GE Money Bank, through undersigned counsel, stipulate and agree that the claims against defendant GE Money Bank, including all claims, cross-claims and counter-claims, be dismissed with prejudice. This stipulation excludes and does not dismiss Plaintiffs' claims against any of the remaining parties. Plaintiffs and GE Money Bank are to bear their own costs and attorneys' fees associated with these claims and have no rights of appeal.

…

…

DATED this 27th day of March, 2008.

**SNELL & WILMER L.L.P.**


By *s/ Kelly W. MacHenry*
    Kelly W. MacHenry
    One Arizona Center
    400 East Van Buren
    Phoenix, Arizona  85004-2202
    Attorney for GE Money Bank


By *s/ Floyd Bybee*
    Floyd Bybee
    445 E. Holmes Avenue, Suite 107
    Mesa, Arizona  85206
    Attorney for Plaintiffs

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and to the following CM/ECF registrants:

Floyd Bybee
4445 E. Holmes Avenue
Suite 107
Mesa, AZ  85206

Timothy Eckstein
Osborn Maledon PA
PO Box 36379
Phoenix, AZ  85012

Steven Hirsch
Christine Broucek
Two North Central Ave., Suite 2200
Phoenix, AZ  85004

Jeffrey Campbell
Campbell, Yost, Clare & Norell, P.C.
101 North First Ave., Suite 2500
Phoenix, AZ  85003

Todd Tuggle
Engelman Berger PC
3636 North Central Ave., Suite 700
Phoenix, AZ  85012

I further certify that on March 27, 2008, a complete, duplicate copy of the foregoing document was forwarded by regular mail to:

The Hon. Stephen McNamee
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington, SPC 60
Phoenix, AZ  85003-2151

*s/ Kelly W. MacHenry*
Kelly W. MacHenry