**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>          Plaintiffs,<br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>          Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties Stipulation (Doc. 49) and for good cause appearing therefor,

**IT IS HEREBY ORDERED** extending the time for Defendant Capital One Bank's Responses to Plaintiffs' First Set of Discovery to Defendant Capital One Bank (First Request) for one week to May 19, 2008.

DATED this 8th day of May, 2008.

Stephen M. McNamee
United States District Judge