**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez, | No. CIV 07-2110-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank; | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. 51), and for good cause appearing,

**IT IS HEREBY ORDERED** extending the time for serving Plaintiff's responses to Defendant Experian's first set of discovery requests to **June 2, 2008.**

**IT IS FURTHER ORDERED** extending the time for serving Defendant Experian's responses to Plaintiff's first set of discovery requests to **June 2, 2008.**

DATED this 13th day of May, 2008.

Stephen M. McNamee
United States District Judge