**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>    Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>    Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Motion for Defendant Experian to Appear Telephonically at the Rule 16 Preliminary Pretrial Conference (Doc. 53). Experian seeks leave of Court for both its counsel and its representative to attend the Rules 16 conference set for June 4, 2008 at 4:00 p.m. via telephone, reasoning that it would be "unduly burdensome and costly for Experian's counsel and representative to travel from California to Arizona for the Rule 16 Conference." (Doc. 53). The Court disagrees. Generally, this Court reserves telephonic appearances at Preliminary Pretrial Conferences for emergency and/or extenuating circumstances, none of which appear to exist in the matter at hand.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendant's Motion to Appear Telephonically at the Rule 16 Preliminary Pretrial Conference (Doc. 53).

DATED this 21st day of May, 2008.

Stephen M. McNamee
United States District Judge