1 | Floyd W. Bybee, #012651
**LAW OFFICE OF**
2 | **FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
3 | Suite 104, #308
Gilbert, Arizona 85295-1103
4 | Office: (480) 756-8822
Fax: (480) 302-4186
5 | floyd@bybeelaw.com

6 | Attorney for Plaintiffs

7 |

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF ARIZONA

10 |

11 | **Simon R. Martinez, and**        )     No. CV-07-02110-PHX-SMM
**Kimberly J. Martinez;**           )
12 |                                   )
13 |       Plaintiffs,                 )
                                       )
14 | v.                                )   **STIPULATION OF DISMISSAL OF**
                                       )   **CAPITAL ONE BANK (USA) N.A.,**
15 | **Experian Information**          )   **FORMERLY KNOWN AS CAPITAL**
**Solutions, Inc.; Chase**            )      **ONE BANK, ONLY WITH**
16 | **Home Finance, LLC; Capital**    )             **PREJUDICE**
**One Bank (USA), N.A.,**             )
17 | **formerly known as Capital**     )
**One Bank; Bank of America,**        )
18 | **N.A.; and GE Money Bank;**      )
                                       )
19 |       Defendants.                 )
                                       )
20 |                                   )

21 |       Plaintiffs and Defendant Capital One Bank (USA) N.A.,

22 | formerly known as Capital One Bank, hereby stipulate to a

23 | dismissal of this action as to Capital One Bank (USA) N.A.,

24 | with prejudice, each party to bear its own attorney's fees

25 | and costs.

DATED  June 25, 2008 .


| s/ Floyd W. Bybee | s/ Steven T. Holmes |
|---|---|
| Floyd W. Bybee, #012651 | Steven T. Holmes |
| **LAW OFFICE OF** | **Hunton & Williams LLP** |
| **FLOYD W. BYBEE, PLLC** | Fountain Place |
| 2473 S. Higley Road | 1445 Ross Avenue |
| Suite 104, #308 | Dallas, TX 75202 |
| Gilbert, Arizona 85297 | Phone: (214) 979-3051 |
| Office: (480) 756-8822 | Fax: (214) 979-3925 |
| Fax: (480) 756-8882 | |
| floyd@bybeelaw.com | Attorneys for Defendant |
| | Capital One Bank (USA) N.A. |
| Attorney for Plaintiffs | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  June 25, 2008, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Steven A Hirsch**
    Attorney for Defendant Chase Home Finance

**Christine Elizabeth Broucek**
    Attorney for Defendant Chase Home Finance

**Timothy Joel Eckstein**
    Attorney for Defendant Experian

**Angela M Taylor**
    Attorney for Defendant Experian

**Todd Blaine Tuggle**
    Attorney for Defendant Capital One

**Jarrett L Hale**
    Attorney for Defendant Capital One

by  s/ Floyd W. Bybee