**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>　　　　　Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Stipulation for Dismissal with Prejudice [Doc. 63] between Plaintiffs and Defendant Capital One Bank (USA) N.A., formerly known as Capital One Bank.[1]  After consideration of the Stipulation,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Dismissal with Prejudice [Doc. 63].  This matter, as between these two parties, is dismissed with prejudice, both parties to bear their own costs and attorneys' fees.

DATED this 26th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] The Stipulation [Doc. 63] applies solely to Plaintiffs and Defendant Capital One Bank (USA) N.A., it does not apply to any other Defendants.