1 | Floyd W. Bybee, #012651
**LAW OFFICE OF**
2 | **FLOYD W. BYBEE, PLLC**
4445 E. Holmes Avenue
3 | Suite 107
Mesa, Arizona 85206-5530
4 | Office: (480) 756-8822
Fax: (480) 302-4186
5 | floyd@bybeelaw.com

6 | Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Simon R. Martinez, and Kimberly J. Martinez;** | No. CV-07-02110-PHX-SMM |
| Plaintiffs, |  |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT CHASE HOME FINANCE, LLC ONLY** |
| **Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank (USA), N.A., formerly known as Capital One Bank; Bank of America, N.A.; and GE Money Bank;** |  |
| Defendants. |  |

Plaintiffs, by and through counsel, hereby give notice that Plaintiffs and Defendant Chase Home Finance, LLC have reached a settlement in this case, and will submit appropriate dismissal papers within thirty (30) days.

1

2         DATED   July 8, 2008  .

3

4                                         s/ Floyd W. Bybee
                                       Floyd W. Bybee, #012651
5                                      **LAW OFFICE OF**
                                       **FLOYD W. BYBEE, PLLC**
6                                      4445 E. Holmes Avenue
                                       Suite 107
7                                      Mesa, Arizona 85206-5530
                                       Office:  (480) 756-8822
8                                      Fax: (480) 302-4186
                                       floyd@bybeelaw.com
9
                                       Attorney for Plaintiffs
10

11                          **CERTIFICATE OF SERVICE**

12      The undersigned certifies that on   July 8, 2008, a copy
    of this document was electronically transmitted to the
13  Clerk's Office using the CM/ECF System for filing and
    transmittal of a Notice of Electronic Filing to the following
14  CM/ECF registrants:

15      **Steven A Hirsch**
            Attorney for Defendant Chase Home Finance
16
        **Christine Elizabeth Broucek**
17          Attorney for Defendant Chase Home Finance

18      **Timothy Joel Eckstein**
            Attorney for Defendant Experian
19
        **Angela M Taylor**
20          Attorney for Defendant Experian

21  by   s/ Floyd W. Bybee

22

23

24

25