**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez, <br><br>            Plaintiffs, <br><br> v. <br><br> Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank; <br><br>            Defendants. | No. CIV 07-2110-PHX-SMM <br><br> **ORDER** |

Having received the notice that Plaintiffs and Defendant Chase Home Finance, LLC[1] have reached a settlement in this matter (Doc. 65), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant Chase Home Finance, LLC have until **Friday, August 8, 2008** to file a stipulation for dismissal of this action signed by the foregoing parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **August 11, 2008, at 11:00 a.m.** If the stipulation is received by **Friday, August 8, 2008**, the status conference will be automatically vacated.

DATED this 10th day of July, 2008.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge

---

[1] The notice of settlement is only as to this specific defendant.