1   Floyd W. Bybee, #012651
    **LAW OFFICE OF**
2   **FLOYD W. BYBEE, PLLC**
    4445 E. Holmes Avenue
3   Suite 107
    Mesa, Arizona 85206-5530
4   Office:  (480) 756-8822
    Fax: (480) 302-4186
5   floyd@bybeelaw.com

6   Attorney for Plaintiffs

7

8                  **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF ARIZONA**

10  _____
                                    )
11  **Simon R. Martinez, and**      )    No. CV-07-02110-PHX-SMM
    **Kimberly J. Martinez;**       )
12                                  )
                                    )
13       Plaintiffs,                )
                                    )
14  v.                              )
                                    )    **NOTICE OF SETTLEMENT**
15  **Experian Information**        )    **WITH DEFENDANT**
    **Solutions, Inc.; Chase**      )    **EXPERIAN INFORMATION**
16  **Home Finance, LLC; Capital**  )    **SOLUTIONS, INC. ONLY**
    **One Bank (USA), N.A.,**       )
17  **formerly known as Capital**   )
    **One Bank; Bank of America,**  )
18  **N.A.; and GE Money Bank;**    )
                                    )
19       Defendants.                )
                                    )
20  _____ )

21       Plaintiffs, by and through counsel, hereby give notice

22  that Plaintiffs and Defendant Experian Information Solutions,

23  Inc. have reached a settlement in this case, and will submit

24  appropriate dismissal papers within thirty (30) days.  Notice

25  is further given that at this time, all parties have either

1   been dismissed from this suit or have settled.

2

3       DATED   July 21, 2008 .

4

5                                   s/ Floyd W. Bybee
                                   Floyd W. Bybee, #012651
6                                   **LAW OFFICE OF**
                                   **FLOYD W. BYBEE, PLLC**
7                                   4445 E. Holmes Avenue
                                   Suite 107
8                                   Mesa, Arizona 85206-5530
                                   Office: (480) 756-8822
9                                   Fax: (480) 302-4186
                                   floyd@bybeelaw.com
10
                                   Attorney for Plaintiffs
11

12                      **CERTIFICATE OF SERVICE**

13      The undersigned certifies that on   July 21, 2008, a copy
    of this document was electronically transmitted to the
14   Clerk's Office using the CM/ECF System for filing and
    transmittal of a Notice of Electronic Filing to the following
15   CM/ECF registrants:

16      **Steven A Hirsch**
            Attorney for Defendant Chase Home Finance
17
        **Christine Elizabeth Broucek**
18          Attorney for Defendant Chase Home Finance

19      **Timothy Joel Eckstein**
            Attorney for Defendant Experian
20
        **Angela M Taylor**
21          Attorney for Defendant Experian

22   by   s/ Floyd W. Bybee

23

24

25

                                - 2 -