**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez, | No. CIV 07-2110-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank; | |
| Defendants. | |

Having received the notice that Plaintiffs and Defendant Experian Information Solutions, Inc. have reached a settlement in this matter (Doc. 67), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant Experian Information Solutions, Inc. have until **Friday, August 22, 2008** to file a stipulation for dismissal of this action signed by the foregoing parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **August 25, 2008, at 3:30 p.m.** If the stipulation is received by **Friday, August 22, 2008**, the status conference will be automatically vacated.

DATED this 22nd day of July, 2008.

Stephen M. McNamee
United States District Judge