**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez and Kimberly J. Martinez,<br><br>　　　　Plaintiffs,<br>v.<br><br>Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank;<br><br>　　　　Defendants. | No. CIV 07-2110-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation (Doc. 69) of Plaintiffs Simon R. Martinez and Kimberly J. Martinez, husband and wife, and **Defendant Chase Home Finance, LLC**, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against **Defendant Chase Home Finance, LLC**[1] are dismissed in their entirety, with prejudice, each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** that the status conference scheduled for **August 11, 2008, at 11:00 a.m.** is vacated.

DATED this 24th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] This Stipulation of Dismissal applies only to Defendant Chase Home Finance, LLC.