**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon R. Martinez; Kimberly J. Martinez,<br><br>    Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>Chase Home Finance, LLC; Capital One<br>Bank,<br><br>    Defendants. | No. CV-07-02110-PHX-SMM<br><br>**ORDER** |

  Pursuant to Plaintiff's Notice of Settlement, docket #67, advising all parties have either been dismissed from this suit or have settled and the undersigned's judicial assistant having confirmed with Plaintiff's counsel that the settlement conference may be vacated,

  **IT IS ORDERED vacating** the Settlement Conference set before the undersigned on September 5, 2008 at 1:30 p.m.

  **IT IS FURTHER ORDERED directing** counsel to U. S. District Judge McNamee's July 23, 2008, Order. (docket #68)

  DATED this 28th day of July, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge