**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Simon R. Martinez and Kimberly J. Martinez, | ) ) ) | No. CIV 07-2110-PHX-SMM |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| Experian Information Solutions, Inc.; Chase Home Finance, LLC; Capital One Bank; Bank of America, N.A.; and GE Money Bank, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Stipulation for Dismissal with Prejudice [Doc. 72] between Plaintiffs and Defendant Experian Information Solutions.[1] After consideration of the Stipulation,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Dismissal with Prejudice [Doc. 72]. This matter, as between these two parties, is dismissed with prejudice, both parties to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 25th day of August, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The Stipulation [Doc. 72] applies solely to Plaintiffs and Defendant Experian Information Solutions, it does not apply to any other Defendants.